Decided December 7, 1999

ROBERT E. DIETTER *v.* CATHERINE DIETTER

The defendant's petition for certification for appeal from the Appellate Court, 54 Conn. App. 481 (AC 15995), is denied.

BERDON and NORCOTT, Js., dissenting. We would grant the defendant's petition for certification to appeal.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Susan L. Jacobs* and *Mark R. Soboslai*, in support of the petition.

*Jeffrey R. Babbin* and *John W. Barnett*, in opposition.

Decided December 13, 1999